**No.** 25-1561

ATLAS DATA PRIVACY CORP. et al. vs. YARDI SYSTEMS, INC

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

Yardi Systems, Inc.

Indicate the party's role IN THIS COURT (check **only** one):

| | | |
|---|---|---|
| ☐ Petitioner(s) | ☑ Appellant(s) | ☐ Intervenor(s) |
| ☐ Respondent(s) | ☐ Appellee(s) | ☐ Amicus Curiae |

(Type or Print) Counsel's Name Derek L. Shaffer

☑ Mr.  ☐ Ms.  ☐ Mrs.  ☐ Miss  ☐ Mx.

Firm Quinn Emanuel Urquhart & Sullivan

Address 1300 I Street NW, Suite 900

City, State, Zip Code Washington, DC 20005

Phone (202) 538-8000    Fax (202) 538-8100

**Primary E-Mail Address (required)** derekshaffer@quinnemanuel.com
**Additional E-Mail Address (1)** NewYorkCalendar@quinnemanuel.com
**Additional E-Mail Address (2)**
**Additional E-Mail Address (3)**

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

## SIGNATURE OF COUNSEL: /s/ Derek L. Shaffer

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.