# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:

Atlas Data Privacy Corp, et al (Appellees) v. Yardi Systems, Inc (Appellant)

APPEAL FROM DISTRICT COURT:
District: District of New Jersey
D.C. Docket No.: 1:24-cv-04103
Date proceedings initiated in D.C.: March 22, 2024
Date Notice of Appeal filed: The order granting permission to appeal (the NOA) was filed March 18, 2025 (but the March 31 clerk letter provides that opening documents on the general docket must be filed by 14 days after)
USCA No.: 25-1561

## COUNSEL ON APPEAL

**Appellant(s)**: Yardi Systems, Inc.
Name of Counsel: Derek L. Shaffer, Owen B. Smitherman
Name of Party(ies): Yardi Systems, Inc.
Address: 1300 I Street NW, Suite 900, Washington, DC 20005
Telephone No.: (202) 538-8000
Fax No.: (202) 538-8100
E-mail: derekshaffer@quinnemanuel.com; owensmitherman@quinnemanuel.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Rajiv D. Parikh; Jessica A. Merejo
Name of Party(ies): Atlas Data Privacy Corp., Jane Doe 1, Jane Doe 2, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev
Address: One Boland Drive, Suite 101, West Orange, NJ 07052
Telephone No.: (973) 585-5330
Fax No.: (973) 860-4433
E-mail: rparikh@pemlawfirm.com; jmerejo@pemlawfirm.com

Name of Counsel: See below addendum
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?        Yes ☐        No ☑
Appeals Docket No.:

Was there a previous appeal in case?        Yes ☐        No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?  Yes ☐  No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
 Yes ☑  No ☐

If you answered yes to either "a" or "b" please provide:
Case Name: See below addendum
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

2. TORTS
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☑ OTHER Specify: N.J.S.A. 56:8-166.1 (Daniel's Law)

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 11 day of April, 20 25 .

Signature of Counsel: /s/ Derek L. Shaffer

**Civil Appeal Information Statement Addendum**
*Atlas Data Privacy Corp. et al. v. Yardi Systems, Inc.* (25-1561)

Counsel on Appeal (cont. from page 1 of Civil Appeal Information Statement):

For Appellee(s):

| | |
|---|---|
| Name of Counsel: | Adam Shaw; Mark Mao; Eric Palmer; Samantha Parrish |
| Names of Party(ies): | Atlas Data Privacy Corp., Jane Doe 1, Jane Doe 2, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev |
| Address: | 30 S. Pearl Street, 12th Floor, Albany, NY 12207 |
| Telephone No.: | (518) 434-0600 |
| Fax.: | (518) 434-0665 |
| Email: | ashaw@bsfllp.com; mmao@bsfllp.com; epalmer@bsfllp.com; sparrish@bsfllp.com |

| | |
|---|---|
| Name of Counsel: | Liza B. Fleming |
| Names of Party(ies): | Attorney General New Jersey |
| Address: | 25 Market Street, P.O. Box 080, Trenton, NJ 08625 |
| Telephone No.: | (609) 789-8684 |
| Fax No.: | (609) 292-3508 |
| Email: | liza.fleming@njoag.gov |

<u>To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:</u>

>b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?

Yes. Since Plaintiffs have sued over a hundred different entities for alleged violations of Daniel's Law, there are many other related cases involving the same issues and some of the same parties. These cases can be grouped into at least three different categories:

1. 40 other Daniel's Law cases (consolidated with this one) all from the District of New Jersey and all currently on appeal in the Third Circuit from either the November 26, 2024 order of Judge Bartle denying the consolidated motion to dismiss on First Amendment grounds, or later orders of Judge Bartle denying later motions to dismiss by reference to the November 26 order.

- *Atlas Data Privacy Corp., et al v. We Inform, LLC, et al.*
    - D.C. Docket No.: 1:24-cv-4037
    - Third Circuit Docket No.: 25-1555
- *Atlas Data Privacy Corp. et al. v. Infomatics, LLC, et al.*
    - D.C. Docket No.: 1:24-cv-4037
    - Third Circuit Docket No.: 25-1556
- *Atlas Data Privacy Corp., et al v. The People Searchers, LLC*
    - D.C. Docket No.: 1:24-cv-4045
    - Third Circuit Docket No.: 25-1557
- *Atlas Data Privacy Corp., et al v. DM Group, et al.*
    - D.C. Docket No.: 1:24-cv-4075
    - Third Circuit Docket No.: 25-1558
- *Atlas Data Privacy Corp., et al v. Deluxe Corporation, et al.*
    - D.C. Docket No.: 1:24-cv-4080
    - Third Circuit Docket No.: 25-1559
- *Atlas Data Privacy Corp., et al v. Quantarium Alliance, LLC*
    - D.C. Docket No.: 1:24-cv-4098
    - Third Circuit Docket No.: 25-1560
- *Atlas Data Privacy Corp., et al v. Digital Safety Products, LLC*
    - D.C. Docket No.: 1:24-cv-4141
    - Third Circuit Docket No.: 25-1562
- *Atlas Data Privacy Corp., et al v. Civil Data Research*
    - D.C. Docket No.: 1:24-cv-04143
    - Third Circuit Docket No.: 25-1563
- *Atlas Data Privacy Corp., et al v. Scalable Commerce, LLC*
    - D.C. Docket No.: 1:24-cv-04160
    - Third Circuit Docket No.: 25-1564
- *Atlas Data Privacy Corp., et al v. Labels & Lists, Inc.*
    - D.C. Docket No.: 1:24-cv-4174
    - Third Circuit Docket No.: 25-1565
- *Atlas Data Privacy Corp., et al v. Innovis Data Solutions Inc.*

2

- o D.C. Docket No.: 1:24-cv-4176
- o Third Circuit Docket No.: 25-1566
- *Atlas Data Privacy Corp., et al v. Accurate Append, Inc.*
  - o D.C. Docket No.: 1:24-cv-4178
  - o Third Circuit Docket No.: 25-1567
- *Atlas Data Privacy Corp., et al v. Zillow, Inc., et al.*
  - o D.C. Docket No.: 1:24-cv-04256
  - o Third Circuit Docket No.: 25-1568
- *Atlas Data Privacy Corp., et al v. Equimine, Inc., et al.*
  - o D.C. Docket No.: 1:24-cv-04261
  - o Third Circuit Docket No.: 25-1569
- *Atlas Data Privacy Corp., et al. v. Thomson Reuters Corp.*
  - o D.C. Docket No.: 1:24-cv-04269
  - o Third Circuit Docket No.: 25-1570
- *Atlas Data Privacy Corp., et al v. Melissa Data Corp., et al.*
  - o D.C. Docket No.: 1:24-cv-4292
  - o Third Circuit Docket No.: 25-1571
- *Atlas Data Privacy Corp., et al v. Restoration of America, et al.*
  - o D.C. Docket No.: 1:24-cv-4324
  - o Third Circuit Docket No.: 25-1572
- *Atlas Data Privacy Corp., et al v. i360, LLC, et al.*
  - o D.C. Docket No.: 1:24-cv-4345
  - o Third Circuit Docket No.: 25-1573
- *Atlas Data Privacy Corp., et al v. GoHunt, LLC, et al.*
  - o D.C. Docket No.: 1:24-cv-04380
  - o Third Circuit Docket No.: 25-1574
- *Atlas Data Privacy Corp., et al v. Accuzip, Inc.*
  - o D.C. Docket No.: 1:24-cv-4383
  - o Third Circuit Docket No.: 25-1575
- *Atlas Data Privacy Corp., et al v. Synaptix Technology, LLC*
  - o D.C. Docket No.: 1:24-cv-4385
  - o Third Circuit Docket No.: 25-1576
- *Atlas Data Privacy Corp., et al v. Joy Rockwell Enter., Inc.*
  - o D.C. Docket No.: 1:24-cv-4389
  - o Third Circuit Docket No.: 25-1577
- *Atlas Data Privacy Corp., et al v. Fortnoff Financial, LLC*
  - o D.C. Docket No.: 1:24-cv-04390
  - o Third Circuit Docket No.: 25-1578
- *Atlas Data Privacy Corp., et al v. MyHeritage, Ltd., et al.*
  - o D.C. Docket No.: 1:24-cv-4392
  - o Third Circuit Docket No.: 25-1579
- *Atlas Data Privacy Corp., et al v. E-Merges.com, Inc.*
  - o D.C. Docket No.: 1:24-cv-4434
  - o Third Circuit Docket No.: 25-1580
- *Atlas Data Privacy Corp., et al v. Nuwber, Inc., et al.*
  - o D.C. Docket No.: 1:24-cv-04609

- o   Third Circuit Docket No.: 25-1581
- *Atlas Data Privacy Corp., et al v. RocketReach LLC, et al.*
  - o   D.C. Docket No.: 1:24-cv-4664
  - o   Third Circuit Docket No.: 25-1582
- *Atlas Data Privacy Corp., et al v. Belles Camp Comm., Inc.*
  - o   D.C. Docket No.: 1:24-cv-04949
  - o   Third Circuit Docket No.: 25-1583
- *Atlas Data Privacy Corp., et al v. PropertyRadar, Inc., et al.*
  - o   D.C. Docket No.: 1:24-cv-5600
  - o   Third Circuit Docket No.: 25-1584
- *Atlas Data Privacy Corp., et al v. The Alesco Group, L.L.C.*
  - o   D.C. Docket No.: 1:24-cv-5656
  - o   Third Circuit Docket No.: 25-1585
- *Atlas Data Privacy Corp., et al v. Searchbug, Inc.*
  - o   D.C. Docket No.: 1:24-cv-05658
  - o   Third Circuit Docket No.: 25-1586
- *Atlas Data Privacy Corp., et al. v. Amerilist, Inc., et al.*
  - o   D.C. Docket No.: 1:24-cv-05775
  - o   Third Circuit Docket No.: 25-1587
- *Atlas Data Privacy Corp., et al. v. US Data Corporation, et al.*
  - o   D.C. Docket No.: 1:24-cv-7324
  - o   Third Circuit Docket No.: 25-1588
- *Atlas Data Privacy Corp., et al. v. Smarty, LLC, et al.*
  - o   D.C. Docket No.: 1:24-cv-8075
  - o   Third Circuit Docket No.: 25-1589
- *Atlas Data Privacy Corp., et al. v. Compact Inform. Sys., LLC*
  - o   D.C. Docket No.: 1:24-cv-8451
  - o   Third Circuit Docket No.: 25-1590
- *Atlas Data Privacy Corp., et al. v. Darkowl, LLC, et al.*
  - o   D.C. Docket No.: 1:24-cv-10600
  - o   Third Circuit Docket No.: 25-1591
- *Atlas Data Privacy Corp., et al. v. Spy Dialer, Inc.*
  - o   D.C. Docket No.: 1:24-cv-11023
  - o   Third Circuit Docket No.: 25-1592
- *Atlas Data Privacy Corp., et al. v. Lighthouse List Co.*
  - o   D.C. Docket No.: 1:24-cv-11443
  - o   Third Circuit Docket No.: 25-1593
- *Atlas Data Privacy Corp, et al v. First Direct Inc*
  - o   D.C. Docket No.: 1:25-cv-01480
  - o   Third Circuit Docket No.: 25-1676
- *Atlas Data Privacy Corp, et al v. Greenflight Venture Corp*
  - o   D.C. Docket No.: 1:25-cv-01517
  - o   Third Circuit Docket No.: 25-1677

2.  Over 60 other Daniel's Law cases all from the District of New Jersey that were remanded to state court, and which this Court denied petition for appeal in 24-8044 and 24-8045, and are currently now in New Jersey state court (the cases are listed in 24-8044, ECF No. 95).

3.  A handful of later removed Daniel's Law cases currently pending a motion to dismiss in the District of New Jersey. *See, e.g.*, 1:25-cv-00237.