**quinn emanuel** trial lawyers | austin

300 West 6th Street, Suite 2010, Austin, Texas 78701-3901 | TEL (737) 667-6100 FAX (737) 667-6110

WRITER'S DIRECT DIAL NO.
**(737) 667-6131**

WRITER'S EMAIL ADDRESS
**owensmitherman@quinnemanuel.com**

August 25, 2025

Patricia S. Dodszuweit
Clerk of the Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

Re:  Atlas Data Privacy Corp.  v. Yardi Systems, Inc. No. 25-1561

Dear Ms. Dodszuweit:

The law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") represents Defendant-Appellant Yardi Systems, Inc. ("Yardi") in the above-referenced appeal.  I write to respectfully request leave to withdraw as counsel of record in this appeal, as I am no longer employed at Quinn Emanuel and as such no longer represent Yardi.

Derek L. Shaffer, of Quinn Emanuel, previously entered an appearance in this case and will continue to represent Yardi.

Accordingly, I respectfully request leave to withdraw my appearance from this appeal.

Sincerely,

*/s/ Owen Smitherman*

Owen Smitherman

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH